# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN JAVIER BANK,

          Plaintiff,

vs.

CLARK COUNTY JUSTICE COURT and JUDGE SCISCENTO,

          Defendants.

Case No. 2:11 cv-00335-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff's Petition to Vacate Hearing of July 7, 2011 in State of Nevada Case No. C273362 (#10), filed July 6, 2011. This Court does not have jurisdiction to vacate a hearing in an ongoing case in state court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Petition to Vacate Hearing of July 7, 2011 in State of Nevada Case No. C273362 (#10) is **denied**.

DATED this 11th day of July, 2011.

        */s/ George Foley Jr.*
        **GEORGE FOLEY, JR.**
        **UNITED STATES MAGISTRATE JUDGE**