# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN JAVIER BANK,

    Plaintiff,

v.

CLARK COUNTY JUSTICE COURT and JUDGE SCISCENTO,

    Defendants.

2:11-CV-335 JCM (GWF)

## ORDER

Presently before the court are Magistrate Judge Foley's report and recommendation to dismiss the complaint with prejudice because this court does not have jurisdiction to hear appeals from the ruling of a state trial court. (Doc. #5).

Local Rule IB 3-2 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within fourteen (14) days from the date of service of the magistrate judge's ruling. Objections to the report and recommendation were due here by June 25, 2011. (*Id.*). To date, plaintiff has failed to file any objections to the report and recommendation.

Upon review of the magistrate judge's report and recommendation (*id.*), and there being no objections filed, this court agrees with Magistrate Judge Foley's recommendation that the complaint be dismissed with prejudice.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Foley's report and recommendation (doc. #5) are AFFIRMED in their entirety;

IT FURTHER ORDERED that instant action is hereby DISMISSED with prejudice.

DATED July 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -