# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAVIER BANK, | |
| Plaintiff, | Case No. 2:11 cv-00335-JCM-GWF |
| vs. | **ORDER** |
| CLARK COUNTY JUSTICE COURT and JUDGE SCISCENTO, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Memorandum to the Court (#17), filed July 18, 2011. This case was dismissed with prejudice on July 11, 2011. (#13). Despite the dismissal, Plaintiff continues to request that this Court interfere with a case currently pending in state court. This Court does not have appellate jurisdiction over a state court, whether by direct appeal, mandamus, or otherwise. *See e.g.*, *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *Bianchi v. Rylaarsdam*, 334 F.3d 895, 898 (9th Cir. 2003). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Memorandum to the Court (#17) is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not permit any other filings, other than a Notice of Appeal, in this matter.

DATED this 2nd day of August, 2011.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**